UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN MISSILDINE and PEGGY OLSEN-MISSILDINE,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | CASE NO. C05-5515RJB<br><br>STIPULATED ORDER OF DISMISSAL |

This matter comes before the court on the parties' Stipulation and Order of Dismissal (Dkt. 12).  Pursuant to the stipulation of the parties, it is hereby

**ORDERED** that any and all of the plaintiffs' claims against defendant Equifax Information Services, LLP are **DISMISSED WITH PREJUDICE**, and each of the parties is to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 18th day of September, 2006.

Robert J. Bryan
United States District Judge

ORDER
Page 1